AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4:22 MJ 8359 SRW |
| Wesley Bryant | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   December 15, 2022   in the county of   Jefferson   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841(a) and 841(b)(1)(A) | Possession with intent to distribute more than 500 grams of methamphetamine |
| 18 USC Section 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Neal Gough, HSI

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: December 16, 2022

*Judge's signature*

City and state:   St. Louis, Missouri   Honorable Stephen R. Welby, U.S. Magistrate Judge

*Printed name and title*